## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 21-10466-TPA |
| | : | |
| David J. DeSantis and, | : | CHAPTER 13 |
| Vera E. DeSantis, | : | |
|     Debtors, | : | |
| _____ | : | RELATED TO DOCKET NO.: 18 |
| David J. DeSantis and, | : | |
| Vera E. DeSantis, | : | |
|     Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| Erie County Tax Claim Bureau, | : | |
| PNC Bank, N.A., | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee, | : | |
|     Respondents. | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the ORDER REGARDING MOTION TO EXTEND THE AUTOMATIC STAY by Certified Mail, U.S. Postage Paid on the parties below*.


Executed on: **September 10, 2021**        *By: /s/ Kaitlyn E. Vale*
                                                               Kaitlyn E. Vale, PARALEGAL
                                                               FOSTER LAW OFFICES
                                                                1210 Park Avenue
                                                                Meadville, PA 16335
                                                                Tel 814.724.1165
                                                                Fax 814.724.1165

**MAILING MATRIX**

**David and Vera DeSantis**
806 Wyoming Avenue
Erie, PA 16505
*Service via U.S. Mail*

**Erie County Tax Claim Bureau**
140 West 6th Street
Room 110
Erie, PA 16501-1073
Fax: 814-451-7484
*Service via U.S. Mail AND Fax*

**PNC Bank, N.A.**
P.O. Box 94982
Cleveland, OH 44101
Fax: 888-678-1472
*Service via U.S. Mail AND Fax*

**Ronda J. Winnecour**
Chapter 13 Trustee
[cmecf@chapter13trusteewdpa.com](cmecf@chapter13trusteewdpa.com)
*Service via CM/ECF*

**Office of the U.S. Trustee**
[ustpregion03.pi.ecf@usdoj.gov](ustpregion03.pi.ecf@usdoj.gov)
*Service via CM/ECF*