# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10466-TPA |
| | : | |
| David J. DeSantis and, | : | CHAPTER 13 |
| Vera E. DeSantis, | : | |
| Debtors. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

| David: | Vera: |
|---|---|
| July 2, 2021 | None |
| July 16, 2021 | |
| July 30, 2021 | |
| August 13, 2021 | |

**Next Payment Advice Expected (post-filing):**

| David: | Vera: |
|---|---|
| August 27, 2021 | None |

K.V.

DESANTIS, DAVID AND VERA

**Lowe's Home Centers, LLC**
1000 Lowe's Boulevard
Mooresville, NC 28117-8520
1-844-475-6937

| Pay Group: | USHI |
|---|---|
| Pay Begin Date: | 06/12/2021 |
| Pay End Date: | 06/25/2021 |

| Check #: | |
|---|---|
| Check Date: | 07/02/2021 |

**TAX DATA:**
To view your tax withholdings,
go to Workday -> Pay -> View Tax Elections

**David Desantis**
806 Wyoming Avenue
Erie, PA 16505

| Employee ID: | 001197520 |
|---|---|
| Location: | 1654-Erie, PA |
| Job Title: | Customer Service Associate |
| Pay Rate: | $16.92 Hourly |

## HOURS AND EARNINGS

| | Pay Period | | | Current | | | YTD | |
|---|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings | |
| Regular | 06/12/2021 | 06/25/2021 | 16.92 | 65.9 | 1,115.04 | 901.97 | 15,261.38 | |
| Sick Pay | 06/12/2021 | 06/25/2021 | 16.92 | 16 | 270.72 | 24 | 406.08 | |
| Discretionary Bonus | | | 0 | | | 0 | 300.00 | |
| Holiday | | | 0 | | | 26 | 439.92 | |
| Overtime | | | 25.38 | | | 31.47 | 814.37 | |
| Special Incentive | | | 0 | | | 0 | 200.00 | |
| Winning Together | | | 0 | | | 0 | 1,110.00 | |
| Vacation | | | 0 | | | 94 | 1,590.48 | |
| **TOTAL:** | | | | | **1,385.76** | | **20,122.23** | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| OASDI | 70.03 | 1,040.98 |
| Medicare | 16.37 | 243.45 |
| Federal Withholding | 28.69 | 737.33 |
| State Tax - PA | 34.67 | 515.45 |
| SUI-Employee Paid - PA | 0.83 | 12.07 |
| City- - MLCRK | 11.29 | 167.92 |
| LST- - MLCRK | 2.00 | 26.00 |
| **TOTAL:** | **163.88** | **2,743.20** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 207.87 | 2,791.73 |
| Dental Self Before-Tax | 37.33 | 485.29 |
| Medical | 195.00 | 2,535.00 |
| Vision | 24.00 | 312.00 |
| **TOTAL:** | **464.20** | **6,124.02** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Trustee Payment (18-11170-TI | 323.08 | 4,200.04 |
| **TOTAL:** | **323.08** | **4,200.04** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan ER | 58.90 | 834.01 |
| Basic Life ER | 0.59 | 7.67 |
| Dental Self ER Non-Taxable | 0.63 | 8.19 |
| Medical Self ER Non-Taxable | 481.01 | 6,253.13 |
| **TOTAL:** | **541.13** | **7,103.00** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,385.76 | 921.56 | 163.88 | 787.28 | 434.60 |
| YTD | 20,122.23 | 13,998.21 | 2,743.20 | 10324.06 | 7,054.97 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | ******7285 | 434.6 |
| **TOTAL:** | | | **434.6** |

**MESSAGE:** #1 *Taxable Employer Paid Benefit
#2
#3

Lowe's Home Centers, LLC
1000 Lowe's Boulevard
Mooresville, NC 28117-8520
1-844-475-6937

| Pay Group: | USH! |
|---|---|
| Pay Begin Date: | 06/26/2021 |
| Pay End Date: | 07/09/2021 |

| Check #: | |
|---|---|
| Check Date: | 07/16/2021 |

**TAX DATA:**

David Desantis
806 Wyoming Avenue
Erie, PA 16505

| Employee ID: | 001197520 |
|---|---|
| Location: | 1654-Erie, PA |
| Job Title: | Customer Service Associate |
| Pay Rate: | $16.92 Hourly |

To view your tax withholdings,
go to Workday -> Pay -> View Tax Elections

## HOURS AND EARNINGS

| | Pay Period | | | Current | | | YTD | |
|---|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings | |
| Vacation | 07/03/2021 | 07/09/2021 | 16.92 | 16 | 270.72 | 110 | 1,861.20 | |
| Overtime | 06/26/2021 | 07/02/2021 | 25.38 | 0.87 | 22.10 | 32.34 | 836.47 | |
| Regular | 06/26/2021 | 07/09/2021 | 16.92 | 64.5 | 1,091.34 | 966.47 | 16,352.72 | |
| Service Star Award | 06/26/2021 | 07/09/2021 | | 0 | 71.37 | 0 | 71.37 | |
| Discretionary Bonus | | | | 0 | | 0 | 300.00 | |
| Holiday | | | | 0 | | 26 | 439.92 | |
| Special Incentive | | | | 0 | | 0 | 200.00 | |
| Winning Together | | | | 0 | | 0 | 1,110.00 | |
| Sick Pay | | | | 0 | | 24 | 406.08 | |
| **TOTAL:** | | | | | **1,455.53** | | **21,577.76** | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| OASDI | 74.34 | 1,115.32 |
| Medicare | 17.39 | 260.84 |
| Federal Withholding | 41.53 | 778.86 |
| State Tax - PA | 36.81 | 552.26 |
| SUI-Employee Paid - PA | 0.88 | 12.95 |
| City- - MLCRK | 11.99 | 179.91 |
| LST- - MLCRK | 2.00 | 28.00 |
| **TOTAL:** | **184.94** | **2,928.14** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 207.63 | 2,999.36 |
| Dental Self Before-Tax | 37.34 | 522.63 |
| Medical | 195.01 | 2,730.01 |
| Vision | 24.01 | 336.01 |
| **TOTAL:** | **463.99** | **6,588.01** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Trustee Payment (18-11170-TI | 323.08 | 4,523.12 |
| **TOTAL:** | **323.08** | **4,523.12** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan ER | 58.83 | 892.84 |
| Basic Life ER | 0.59 | 8.26 |
| Dental Self ER Non-Taxable | 0.63 | 8.82 |
| Medical Self ER Non-Taxable | 481.01 | 6,734.14 |
| **TOTAL:** | **541.06** | **7,644.06** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,455.53 | 991.54 | 184.94 | 787.07 | 483.52 |
| YTD | 21,577.76 | 14,989.75 | 2,928.14 | 11111.13 | 7,538.49 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | ******7285 | 483.52 |
| **TOTAL:** | | | **483.52** |

MESSAGE: #1 *Taxable Employer Paid Benefit
#2
#3

**Lowe's Home Centers, LLC**
1000 Lowe's Boulevard
Mooresville, NC 28117-8520
1-844-475-6937

| Pay Group: | USHI |
|---|---|
| Pay Begin Date: | 07/10/2021 |
| Pay End Date: | 07/23/2021 |

Check #:
Check Date: 07/30/2021

**David Desantis**
806 Wyoming Avenue
Erie, PA 16505

| Employee ID: | 001197520 |
|---|---|
| Location: | 1654-Erie, PA |
| Job Title: | Customer Service Associate |
| Pay Rate: | $16.92 Hourly |

TAX DATA:
To view your tax withholdings,
go to Workday -> Pay -> View Tax Elections

## HOURS AND EARNINGS

| | Pay Period | | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Overtime | 07/10/2021 | 07/23/2021 | 25.38 | 1.22 | 30.99 | 33.56 | 867.46 | OASDI | 69.96 | 1,185.28 |
| Regular | 07/10/2021 | 07/23/2021 | 16.92 | 80 | 1,353.60 | 1046.47 | 17,706.32 | Medicare | 16.36 | 277.20 |
| Discretionary Bonus | | | | 0 | | 0 | 300.00 | Federal Withholding | 28.60 | 807.46 |
| Holiday | | | | 0 | | 26 | 439.92 | State Tax - PA | 34.64 | 586.90 |
| Special Incentive | | | | 0 | | 0 | 200.00 | SUI-Employee Paid - PA | 0.83 | 13.78 |
| Winning Together | | | | 0 | | 0 | 1,110.00 | City- - MLCRK | 11.28 | 191.19 |
| Service Star Award | | | | 0 | | 0 | 71.37 | LST- - MLCRK | 2.00 | 30.00 |
| Sick Pay | | | | 0 | | 24 | 406.08 | | | |
| Vacation | | | | 0 | | 110 | 1,861.20 | | | |
| **TOTAL:** | | | | | 1,384.59 | | 22,962.35 | **TOTAL:** | 163.67 | 3,091.81 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| 401(k) Savings Plan | 207.69 | 3,207.05 | Trustee Payment (18-11170-TI | 323.08 | 4,846.20 | 401(k) Savings Plan ER | 58.85 | 951.69 |
| Dental Self Before-Tax | 37.33 | 559.96 | | | | Basic Life ER | 0.59 | 8.85 |
| Medical | 195.00 | 2,925.01 | | | | Dental Self ER Non-Taxable | 0.63 | 9.45 |
| Vision | 24.00 | 360.01 | | | | Medical Self ER Non-Taxable | 481.01 | 7,215.15 |
| **TOTAL:** | 464.02 | 7,052.03 | **TOTAL:** | 323.08 | 4,846.20 | **TOTAL:** | 541.08 | 8,185.14 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,384.59 | 920.57 | 163.67 | 787.10 | 433.82 |
| YTD | 22,962.35 | 15,910.32 | 3,091.81 | 11898.23 | 7,972.31 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | ******7285 | 433.82 |
| **TOTAL:** | | | 433.82 |

MESSAGE: #1 *Taxable Employer Paid Benefit
#2
#3

**Lowe's Home Centers, LLC**
1000 Lowe's Boulevard
Mooresville, NC 28117-8520
1-844-475-6937

| Pay Group: | USHI |
|---|---|
| Pay Begin Date: | 07/24/2021 |
| Pay End Date: | 08/06/2021 |

| Check #: | |
|---|---|
| Check Date: | 08/13/2021 |

**TAX DATA:**

**David Desantis**
806 Wyoming Avenue
Erie, PA 16505

| Employee ID: | 001197520 |
|---|---|
| Location: | 1654-Erie, PA |
| Job Title: | Customer Service Associate |
| Pay Rate: | $16.92 Hourly |

To view your tax withholdings,
go to Workday -> Pay -> View Tax Elections

## HOURS AND EARNINGS

| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings |
|---|---|---|---|---|---|---|---|
| | --- Pay Period --- | | | --- Current --- | | --- YTD --- | |
| Overtime | 07/24/2021 | 08/06/2021 | 25.38 | 2.67 | 67.79 | 36.23 | 935.25 |
| Regular | 07/24/2021 | 08/06/2021 | 16.92 | 80 | 1,353.60 | 1126.47 | 19,059.92 |
| Discretionary Bonus | | | | 0 | | 0 | 300.00 |
| Holiday | | | | 0 | | 26 | 439.92 |
| Special Incentive | | | | 0 | | 0 | 200.00 |
| Winning Together | | | | 0 | | 0 | 1,110.00 |
| Service Star Award | | | | 0 | | 0 | 71.37 |
| Sick Pay | | | | 0 | | 24 | 406.08 |
| Vacation | | | | 0 | | 110 | 1,861.20 |
| **TOTAL:** | | | | | **1,421.39** | | **24,383.74** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| OASDI | 72.23 | 1,257.51 |
| Medicare | 16.90 | 294.10 |
| Federal Withholding | 31.72 | 839.18 |
| State Tax - PA | 35.77 | 622.67 |
| SUI-Employee Paid - PA | 0.85 | 14.63 |
| City- - MLCRK | 11.65 | 202.84 |
| LST- - MLCRK | 2.00 | 32.00 |
| **TOTAL:** | **171.12** | **3,262.93** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 213.21 | 3,420.26 |
| Dental Self Before-Tax | 37.33 | 597.29 |
| Medical | 195.00 | 3,120.01 |
| Vision | 24.00 | 384.01 |
| **TOTAL:** | **469.54** | **7,521.57** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Trustee Payment (18-11170-TF | 323.08 | 5,169.28 |
| **TOTAL:** | **323.08** | **5,169.28** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan ER | 60.41 | 1,012.10 |
| Basic Life ER | 0.59 | 9.44 |
| Dental Self ER Non-Taxable | 0.63 | 10.08 |
| Medical Self ER Non-Taxable | 481.01 | 7,696.16 |
| **TOTAL:** | **542.64** | **8,727.78** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,421.39 | 951.85 | 171.12 | 792.62 | 457.65 |
| YTD | 24,383.74 | 16,862.17 | 3,262.93 | 12690.85 | 8,429.96 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | ******7285 | 457.65 |
| **TOTAL:** | | | **457.65** |

MESSAGE:  #1 *Taxable Employer Paid Benefit
#2
#3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10466-TPA |
| | : | |
| David J. DeSantis and, | : | CHAPTER 13 |
| Vera E. DeSantis, | : | |
|     Debtors | : | |
| | : | |
| Vera E. DeSantis, | : | |
|     Movant | : | |

**VERIFICATION REGARDING PROOF OF INCOME**

I, Vera E. DeSantis, hereby state as follows:

1.) I am unemployed; therefore, I am unable to provide the prior (6) six months' pay advices.
2.) I receive social security benefits in the amount of $731.00 per month.
3.) I was required to file 2019 – 2020 tax returns; therefore I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>September 16, 2021</u>          <u>/s/ Vera E. DeSantis</u>
                                                         Debtor