| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **David J. DeSantis**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1066<br>EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2<br>(Spouse, if filing) | **Vera E. DeSantis**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6163<br>EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed for chapter   13   8/23/21 | |
| Case number:   21–10466–TPA | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | David J. DeSantis | Vera E. DeSantis |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 806 Wyoming Avenue<br>Erie, PA 16505 | 806 Wyoming Avenue<br>Erie, PA 16505 |
| 4. | **Debtor's attorney**<br>Name and address | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335 | Contact phone 814.724.1165<br>Email: dan@mrdebtbuster.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 9/23/21 |

**For more information, see page 2**

Debtor  **David J. DeSantis**  and  **Vera E. DeSantis**                                                                                                  Case number **21–10466–TPA**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 9, 2021 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/8/22** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/1/21** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/19/22** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**11/9/21** at **09:00 AM** , Location: **remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
David J. DeSantis  
Vera E. DeSantis  
    Debtors

Case No. 21-10466-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: lfin      Page 1 of 3  
Date Rcvd: Sep 23, 2021      Form ID: 309I      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David J. DeSantis, Vera E. DeSantis, 806 Wyoming Avenue, Erie, PA 16505-3832 |
| aty | + | Maria Miksich, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| tr | + | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| 15404941 | + | Cavalry SPV I, LLC, Bass & Associates PC, 3936 East Ft. Lowell, Suite 200, Tucson, AZ 85712-1083 |
| 15411244 | + | Commonwealth of PA, P.O. Box 8006, Harrisburg, PA 17105-8006 |
| 15404944 | + | Erie County Tax Claim Bureau, 140 West 6th Street, Room 110, Erie, PA 16501-1073 |
| 15404945 | + | Law Office of Curtis O. Barnes P.C., 390 West Cerritos Avenue, Anaheim, CA 92805-6550 |
| 15404948 | + | NCB Management Services Inc, P.O. Box 1099, Langhorne, PA 19047-6099 |
| 15404953 | + | U.S. Department of Education, Claims Filing Unit, P.O. Box 8973, Madison, WI 53708-8973 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dan@mrdebtbuster.com | Sep 23 2021 23:32:00 | Daniel P. Foster, Foster Law Offices, 1210 Park Avenue, Meadville, PA 16335 |
| smg | | EDI: PENNDEPTREV | Sep 24 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 23 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 24 2021 03:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 23 2021 23:32:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Sep 23 2021 23:32:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| 15404937 | + | EDI: GMACFS.COM | Sep 24 2021 03:33:00 | Ally Financial, P.O. Box 130424, Saint Paul, MN 55113-0004 |
| 15404938 | + | EDI: AIS.COM | Sep 24 2021 03:33:00 | American InfoSource LP as agent for, Midland Funding LLC, P.O. Box 268941, Oklahoma City, OK 73126-8941 |
| 15404939 | + | EDI: HFC.COM | Sep 24 2021 03:33:00 | Beneficial Financial I Inc., 654 West Main Street, Mount Pleasant, PA 15666-1815 |
| 15404940 | | EDI: CAPITALONE.COM | Sep 24 2021 03:33:00 | Capital One, P.O. Box 85520, Richmond, VA |

| District/off: 0315-1 | User: lfin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 23, 2021 | Form ID: 309I | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15405344 | + | Email/Text: bankruptcy@cavps.com | Sep 23 2021 23:32:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 23285 |
| 15404942 | + | EDI: DISCOVER.COM | Sep 24 2021 03:33:00 | Discover Bank, DB Servicing Corporation, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15404943 | + | EDI: ECMC.COM | Sep 24 2021 03:33:00 | ECMC, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 15404946 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 23 2021 23:40:26 | Merrick Bank, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15404947 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 23 2021 23:40:26 | Merrick Bank, Resurgent Capital Services, P.O. Box 10368, Greenville, SC 29603-0368 |
| 15404949 | + | EDI: PENNDEPTREV | Sep 24 2021 03:33:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15404949 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 23 2021 23:32:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15404950 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 23 2021 23:32:00 | PNC Bank NA, P.O. Box 94982, Cleveland, OH 44101 |
| 15406822 | | EDI: Q3G.COM | Sep 24 2021 03:33:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15404952 | + | EDI: RMSC.COM | Sep 24 2021 03:33:00 | Synchrony Bank, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15404954 | + | EDI: AIS.COM | Sep 24 2021 03:33:00 | Verizon, by American Infosource as agent, P.O. Box 248838, Oklahoma City, OK 73124-8838 |
| 15404955 | + | Email/Text: BKRMailOps@weltman.com | Sep 23 2021 23:32:00 | Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Suite 1400, Pittsburgh, PA 15219-1827 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| 15404951 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank NA, PO Box 94982, Cleveland, OH 44101 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2021          Signature:     /s/Joseph Speetjens

| | | |
|---|---|---|
| District/off: 0315-1 | User: lfin | Page 3 of 3 |
| Date Rcvd: Sep 23, 2021 | Form ID: 309I | Total Noticed: 28 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Daniel P. Foster
on behalf of Joint Debtor Vera E. DeSantis dan@mrdebtbuster.com
katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
on behalf of Debtor David J. DeSantis dan@mrdebtbuster.com
katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Maria Miksich
on behalf of Creditor PNC Bank National Association mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 5