**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Vera E. Desantis                         CHAPTER 13
           David J. Desantis
                  Debtor(s)                         BKY. NO. 21-10466-TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                             Respectfully submitted,

                             /s/ Maria D. Miksich
                             Maria Miksich
                             01 Oct 2021, 10:17:37, EDT

                             Brian C. Nicholas, Esq. (317240) ☐
                             Maria D. Miksich, Esq. (319383) ☑
                             Rebecca A. Solarz, Esq. (315936) ☐
                             KML Law Group, P.C.
                             BNY Mellon Independence Center
                             701 Market Street, Suite 5000
                             Philadelphia, PA 19106
                             412-430-3594
                             bkgroup@kmllawgroup.com