**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 21-10466-TPA |
| | : | |
| **David J DeSantis and** | : | CHAPTER 13 |
| **Vera E DeSantis,** | : | |
| Debtors, | : | |
| | : | MOTION NO.: WO - 1 |
| **David J DeSantis,** | : | |
| Movant, | : | RELATED TO DOCKET NO.: 34 |
| | : | |
| vs. | : | |
| | : | |
| **Lowe's Home Improvement,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: October 6, 2021                    By: /s/ Kaitlyn E. Vale
                                                KAITLYN E. VALE, PARALEGAL
                                                FOSTER LAW OFFICES
                                                1210 Park Avenue
                                                Meadville, PA 16335
                                                Tel 814.724.1165
                                                Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

## MATRIX

**LOWE'S HOME IMPROVEMENT**
**2305 ASBURY ROAD**
**ERIE, PA 16506**