**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| David J. DeSantis and Vera E. DeSantis, | : | Bankruptcy No: 21-10466-TPA |
| *Debtors*, | : | Chapter 13 |
| vs. | : | |
| | : | DOCKET NO.: |
| Commonwealth of PA, | : | |
| *Movant*, | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**      **Commonwealth of PA**
**Incorrect Address:**  **P.O. Box 8006, Harrisburg PA 17105-8006**
**Correct Address:**    **400 North Street, 4th Floor. Harrisburg, PA 17120**

Respectfully Submitted,

Date: <u>October 7, 2021</u>

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors