**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **DAVID J. DESANTIS** |
| Debtor 2 (Spouse, if filing) | **VERA E. DESANTIS** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number | **21-10466JCM** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made                    12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1:   Mortgage Information

**Name of claim holder:**   PNC BANK NA

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account:   2  6  9  2

**Property Address:**   806 WYOMING AVE
Number    Street

ERIE                    PA    16505
City                    State   ZIP Code

### Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:   Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ -0- |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ -0- |

**Part 4:**   **Postpetition Payment**

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☒ Other: Clarification: Paid in full.

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:   $_____53,910.55_____

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:**   **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $_____-0-_____

**Part 6:**   **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Ronda J. Winnecour _____   Date   03/27/2026_____
    Signature

Trustee   Ronda J. Winnecour _____
    First Name          Middle Name          Last Name

Address   CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET _____
    Number          Street

PITTSBURGH _____   PA   15219____
    City                                   State   ZIP Code

Contact phone   (412) 471-5566 _____   Email   cmecf@chapter13trusteewdpa.com _____

| Debtor 1 | DESANTIS | | | | Case Number 21-10466JCM | | Page 1 |
|---|---|---|---|---|---|---|---|
| | Name | | | | | | |

# History Of Payments

## Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 8 | PNC BANK NA | 11/22/2021 | 1217140 | Interest | 952.33 |
| 8 | PNC BANK NA | 12/23/2021 | 1220215 | Interest | 482.71 |
| 8 | PNC BANK NA | 01/26/2022 | 1223278 | Amounts Disbursed To Creditor | 1,113.56 |
| 8 | PNC BANK NA | 01/26/2022 | 1223278 | Interest | 357.76 |
| 8 | PNC BANK NA | 02/23/2022 | 1226151 | Amounts Disbursed To Creditor | 97.44 |
| 8 | PNC BANK NA | 02/23/2022 | 1226151 | Interest | 291.15 |
| 8 | PNC BANK NA | 03/25/2022 | 1229122 | Amounts Disbursed To Creditor | 875.86 |
| 8 | PNC BANK NA | 03/25/2022 | 1229122 | Interest | 290.48 |
| 8 | PNC BANK NA | 04/26/2022 | 1232161 | Amounts Disbursed To Creditor | 493.32 |
| 8 | PNC BANK NA | 04/26/2022 | 1232161 | Interest | 284.47 |
| 8 | PNC BANK NA | 05/25/2022 | 1235204 | Amounts Disbursed To Creditor | 496.93 |
| 8 | PNC BANK NA | 05/25/2022 | 1235204 | Interest | 281.08 |
| 8 | PNC BANK NA | 06/27/2022 | 1238226 | Amounts Disbursed To Creditor | 889.65 |
| 8 | PNC BANK NA | 06/27/2022 | 1238226 | Interest | 277.67 |
| 8 | PNC BANK NA | 07/26/2022 | 1241162 | Amounts Disbursed To Creditor | 506.76 |
| 8 | PNC BANK NA | 07/26/2022 | 1241162 | Interest | 271.56 |
| 8 | PNC BANK NA | 08/24/2022 | 1244046 | Amounts Disbursed To Creditor | 510.35 |
| 8 | PNC BANK NA | 08/24/2022 | 1244046 | Interest | 268.08 |
| 8 | PNC BANK NA | 09/27/2022 | 1246927 | Amounts Disbursed To Creditor | 513.99 |
| 8 | PNC BANK NA | 09/27/2022 | 1246927 | Interest | 264.58 |
| 8 | PNC BANK NA | 09/28/2022 | 1246927 | Cancelled Check To Creditor/Principle | -513.99 |
| 8 | PNC BANK NA | 09/28/2022 | 1246927 | Cancelled Check To Creditor/Interest | -264.58 |
| 8 | PNC BANK NA | 09/28/2022 | 1247824 | Prewritten Check To Creditor/Principle | 513.99 |
| 8 | PNC BANK NA | 09/28/2022 | 1247824 | Prewritten Check To Creditor/Interest | 264.58 |
| 8 | PNC BANK NA | 10/25/2022 | 1249729 | Amounts Disbursed To Creditor | 509.64 |
| 8 | PNC BANK NA | 10/25/2022 | 1249729 | Interest | 261.05 |
| 8 | PNC BANK NA | 11/23/2022 | 1252522 | Amounts Disbursed To Creditor | 505.28 |
| 8 | PNC BANK NA | 11/23/2022 | 1252522 | Interest | 257.55 |
| 8 | PNC BANK NA | 12/22/2022 | 1255263 | Amounts Disbursed To Creditor | 508.91 |
| 8 | PNC BANK NA | 12/22/2022 | 1255263 | Interest | 254.08 |
| 8 | PNC BANK NA | 01/26/2023 | 1257995 | Amounts Disbursed To Creditor | 894.15 |
| 8 | PNC BANK NA | 01/26/2023 | 1257995 | Interest | 250.58 |
| 8 | PNC BANK NA | 02/23/2023 | 1260585 | Amounts Disbursed To Creditor | 555.63 |
| 8 | PNC BANK NA | 02/23/2023 | 1260585 | Interest | 244.44 |
| 8 | PNC BANK NA | 03/28/2023 | 1263372 | Amounts Disbursed To Creditor | 585.02 |
| 8 | PNC BANK NA | 03/28/2023 | 1263372 | Interest | 240.63 |
| 8 | PNC BANK NA | 04/25/2023 | 1266180 | Amounts Disbursed To Creditor | 610.42 |
| 8 | PNC BANK NA | 04/25/2023 | 1266180 | Interest | 236.61 |
| 8 | PNC BANK NA | 05/25/2023 | 1269050 | Amounts Disbursed To Creditor | 632.47 |
| 8 | PNC BANK NA | 05/25/2023 | 1269050 | Interest | 232.42 |
| 8 | PNC BANK NA | 06/26/2023 | 1271939 | Amounts Disbursed To Creditor | 1,081.42 |
| 8 | PNC BANK NA | 06/26/2023 | 1271939 | Interest | 228.08 |
| 8 | PNC BANK NA | 07/25/2023 | 1274683 | Amounts Disbursed To Creditor | 662.29 |
| 8 | PNC BANK NA | 07/25/2023 | 1274683 | Interest | 220.65 |
| 8 | PNC BANK NA | 08/25/2023 | 1277465 | Amounts Disbursed To Creditor | 677.74 |
| 8 | PNC BANK NA | 08/25/2023 | 1277465 | Interest | 216.10 |
| 8 | PNC BANK NA | 09/26/2023 | 1280196 | Amounts Disbursed To Creditor | 691.29 |
| 8 | PNC BANK NA | 09/26/2023 | 1280196 | Interest | 211.45 |
| 8 | PNC BANK NA | 10/25/2023 | 1282906 | Amounts Disbursed To Creditor | 703.32 |
| 8 | PNC BANK NA | 10/25/2023 | 1282906 | Interest | 206.70 |
| 8 | PNC BANK NA | 11/27/2023 | 1285584 | Amounts Disbursed To Creditor | 714.07 |
| 8 | PNC BANK NA | 11/27/2023 | 1285584 | Interest | 201.87 |
| 8 | PNC BANK NA | 12/21/2023 | 1288158 | Amounts Disbursed To Creditor | 723.81 |
| 8 | PNC BANK NA | 12/21/2023 | 1288158 | Interest | 196.97 |
| 8 | PNC BANK NA | 01/26/2024 | 1290854 | Amounts Disbursed To Creditor | 1,195.10 |
| 8 | PNC BANK NA | 01/26/2024 | 1290854 | Interest | 192.00 |
| 8 | PNC BANK NA | 02/26/2024 | 1293498 | Amounts Disbursed To Creditor | 744.46 |
| 8 | PNC BANK NA | 02/26/2024 | 1293498 | Interest | 183.79 |
| 8 | PNC BANK NA | 03/26/2024 | 1296149 | Amounts Disbursed To Creditor | 752.37 |
| 8 | PNC BANK NA | 03/26/2024 | 1296149 | Interest | 178.68 |
| 8 | PNC BANK NA | 04/25/2024 | 1298812 | Amounts Disbursed To Creditor | 768.83 |
| 8 | PNC BANK NA | 04/25/2024 | 1298812 | Interest | 173.51 |
| 8 | PNC BANK NA | 05/29/2024 | 1301519 | Amounts Disbursed To Creditor | 1,239.54 |
| 8 | PNC BANK NA | 05/29/2024 | 1301519 | Interest | 168.24 |
| 8 | PNC BANK NA | 06/25/2024 | 1304045 | Amounts Disbursed To Creditor | 773.64 |
| 8 | PNC BANK NA | 06/25/2024 | 1304045 | Interest | 159.72 |
| 8 | PNC BANK NA | 07/25/2024 | 1306655 | Amounts Disbursed To Creditor | 787.68 |
| 8 | PNC BANK NA | 07/25/2024 | 1306655 | Interest | 154.41 |
| 8 | PNC BANK NA | 08/26/2024 | 1309212 | Amounts Disbursed To Creditor | 793.09 |
| 8 | PNC BANK NA | 08/26/2024 | 1309212 | Interest | 149.00 |

| Debtor 1 | **DESANTIS** | | Case Number **21-10466JCM** | | Page 2 |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

# History Of Payments

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
| --- | --- | --- | --- | --- | --- |
| 8 | PNC BANK NA | 09/25/2024 | 1311811 | Amounts Disbursed To Creditor | 798.47 |
| 8 | PNC BANK NA | 09/25/2024 | 1311811 | Interest | 143.56 |
| 8 | PNC BANK NA | 10/25/2024 | 1314338 | Amounts Disbursed To Creditor | 803.92 |
| 8 | PNC BANK NA | 10/25/2024 | 1314338 | Interest | 138.07 |
| 8 | PNC BANK NA | 11/25/2024 | 1316902 | Amounts Disbursed To Creditor | 1,275.91 |
| 8 | PNC BANK NA | 11/25/2024 | 1316902 | Interest | 132.55 |
| 8 | PNC BANK NA | 12/23/2024 | 1319294 | Amounts Disbursed To Creditor | 821.36 |
| 8 | PNC BANK NA | 12/23/2024 | 1319294 | Interest | 123.79 |
| 8 | PNC BANK NA | 01/28/2025 | 1321798 | Amounts Disbursed To Creditor | 823.72 |
| 8 | PNC BANK NA | 01/28/2025 | 1321798 | Interest | 118.15 |
| 8 | PNC BANK NA | 02/25/2025 | 1324214 | Amounts Disbursed To Creditor | 829.29 |
| 8 | PNC BANK NA | 02/25/2025 | 1324214 | Interest | 112.50 |
| 8 | PNC BANK NA | 03/26/2025 | 1326705 | Amounts Disbursed To Creditor | 834.97 |
| 8 | PNC BANK NA | 03/26/2025 | 1326705 | Interest | 106.80 |
| 8 | PNC BANK NA | 04/25/2025 | 1329179 | Amounts Disbursed To Creditor | 847.35 |
| 8 | PNC BANK NA | 04/25/2025 | 1329179 | Interest | 101.07 |
| 8 | PNC BANK NA | 05/23/2025 | 1331582 | Amounts Disbursed To Creditor | 868.96 |
| 8 | PNC BANK NA | 05/23/2025 | 1331582 | Interest | 95.25 |
| 8 | PNC BANK NA | 06/25/2025 | 1334034 | Amounts Disbursed To Creditor | 2,338.44 |
| 8 | PNC BANK NA | 06/25/2025 | 1334034 | Interest | 89.28 |
| 8 | PNC BANK NA | 07/25/2025 | 1336509 | Amounts Disbursed To Creditor | 1,878.54 |
| 8 | PNC BANK NA | 07/25/2025 | 1336509 | Interest | 73.23 |
| 8 | PNC BANK NA | 08/26/2025 | 1338917 | Amounts Disbursed To Creditor | 851.75 |
| 8 | PNC BANK NA | 08/26/2025 | 1338917 | Interest | 60.33 |
| 8 | PNC BANK NA | 09/25/2025 | 1341336 | Amounts Disbursed To Creditor | 857.60 |
| 8 | PNC BANK NA | 09/25/2025 | 1341336 | Interest | 54.48 |
| 8 | PNC BANK NA | 10/24/2025 | 1343809 | Amounts Disbursed To Creditor | 863.49 |
| 8 | PNC BANK NA | 10/24/2025 | 1343809 | Interest | 48.59 |
| 8 | PNC BANK NA | 11/21/2025 | 1346099 | Amounts Disbursed To Creditor | 869.42 |
| 8 | PNC BANK NA | 11/21/2025 | 1346099 | Interest | 42.66 |
| 8 | PNC BANK NA | 12/23/2025 | 1348460 | Amounts Disbursed To Creditor | 875.39 |
| 8 | PNC BANK NA | 12/23/2025 | 1348460 | Interest | 36.69 |
| 8 | PNC BANK NA | 01/27/2026 | 1350848 | Amounts Disbursed To Creditor | 881.40 |
| 8 | PNC BANK NA | 01/27/2026 | 1350848 | Interest | 30.68 |
| 8 | PNC BANK NA | 02/24/2026 | 1353206 | Amounts Disbursed To Creditor | 176.02 |
| 8 | PNC BANK NA | 02/24/2026 | 1353206 | Interest | 24.63 |
| 8 | PNC BANK NA | 03/25/2026 | 1355602 | Amounts Disbursed To Creditor | 3,410.39 |
| 8 | PNC BANK NA | 03/25/2026 | 1355602 | Interest | 23.42 |

Total for Claim Number 8: 53,910.55

**Total for Part 4 - a (Postpetition Payments): 53,910.55**

**<u>Certificate of Service</u>**

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

DAVID J. DESANTIS
VERA E. DESANTIS
806 WYOMING AVENUE
ERIE, PA  16505

DANIEL P FOSTER ESQ**
FOSTER LAW OFFICES
1210 PARK AVE
MEADVILLE, PA  16335

PNC BANK NA
PO BOX 94982
CLEVELAND, OH  44101

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


Dated: 03/27/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee