**Fill in this information to identify the case:**

Debtor 1 _David J. Desantis_

Debtor 2 _Vera E. Desantis_
(Spouse, if filing)

United States Bankruptcy Court for the: _WESTERN_ District of _Pennsylvania_
                                                                    (State)

Case number _21-10466 JCM_

---

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

| Part 1: | Mortgage Information |
|---------|----------------------|

**Name of claim holder:**    **PNC Bank, National Association**

**Court claim no**.  (if known):
_8_

**Last 4 digits** of any number you use to identify the debtor's account: _2692_

**Property address:**         **806 Wyoming Ave**
                              Number        Street
                              **Erie    PA 16505**
                              City                    State        ZIP Code

| Part 2: | Arrearages |
|---------|------------|

The total amount received to cure any arrearages as of the date of this response:    $_0.00_____.

*Check all that apply:*

☒   The amount required to cure any prepetition arrearage has been paid in full.

☐   The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid
     as of the date of this response:     $_____.

☒   The amount required to cure any postpetition arrearage has been paid in full.

☐   The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining
     unpaid as of the date of this response:     $_____.

| Part 3: | Postpetition Payments |
|---|---|

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: __/__/__.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

    i.   Date last payment was received on the mortgage:       04 / 13 / 2026

    ii.   Date next postpetition payment from the debtor is due:    Loan is paid in full

    iii.   Amount of the next postpetition payment that is due:    $ n/a

    iv.   Unpaid principal balance of the loan:    $ 0.00

    v.   Additional amounts due for any deferred or accrued interest:    $ 0.00

    vi.   Balance of the escrow account:    $ 0.00

    vii.   Balance of unapplied funds or funds held in a suspense account:    $ 0.00

    viii.   Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid:    $ 0.00

| Part 4 | Itemized Payment History |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The information provided within the response is effective as of 04/21/2026. Figures and representations provided reflect the status as of the effective date and may not account for more recent activity.

The person completing this response must sign it. Check the appropriate box:

☐  I am the claim holder.

☒  I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Matthew Fissel   Date April 22, 2026
Signature

Name   Matthew Fissel
First name          Middle name          Last name

Title   Attorney for Secured Creditor

Company   KML Law Group, P.C.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   701 Market Street, Suite, 5000
Number          Street

Philadelphia                          PA          19196

City                          State          ZIP Code

Contact phone   (215) 627-1322                          Email bkgroup@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: David J. Desantis**<br>**Vera E. Desantis**<br><div align="right">**Debtor(s)**</div> | **BK NO. 21-10466 JCM**<br><br>**Chapter 13** |
| **PNC Bank, National Association**<br><div align="right">**Movant**</div><br>**vs.** | |
| **David J. Desantis**<br>**Vera E. Desantis**<br><br><br><div align="right">**Debtor(s)**</div> | |
| **Ronda J. Winnecour**,<br><br><div align="right">**Trustee**</div> | |

**CERTIFICATE OF SERVICE
RESPONSE TO TRUSTEE NOTICE OF DISBURSEMENTS MADE**

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 24, 2026</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Vera E. Desantis
806 Wyoming Avenue
Erie, PA 16505

David J. Desantis
806 Wyoming Avenue
Erie, PA 16505

<u>Attorney for Debtor(s) (via ECF)</u>
Daniel P. Foster, Esquire
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

<u>Trustee (via ECF)</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail.

Dated: <u>April 24, 2026</u>

**/s/ Matthew Fissel**
Matthew Fissel
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com