**Form 300b**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **David J. DeSantis** | : | Case No. 21−10466−JCM |
| **Vera E. DeSantis** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 70 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 6/23/26 at 02:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

### ORDER SCHEDULING DATE FOR RESPONSE
### AND HEARING ON MOTION

     **AND NOW,** this *The 28th of April, 2026*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 70 , by the Chapter 13 Trustee

     It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

     (1) ***On or before June 2, 2026***, any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 ***OR*** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

     (2) This *Motion* is scheduled for hearing on ***June 23, 2026 at 02:00 PM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

     (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

_____

John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10466-JCM |
| David J. DeSantis | Chapter 13 |
| Vera E. DeSantis | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 28, 2026 | Form ID: 300b | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David J. DeSantis, Vera E. DeSantis, 806 Wyoming Avenue, Erie, PA 16505-3832 |
| 15411244 | + | Commonwealth of PA, 400 North Street, 4th Floor, Harrisburg, PA 17120-0204 |
| 15404945 | + | Law Office of Curtis O. Barnes P.C., 390 West Cerritos Avenue, Anaheim, CA 92805 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15404937 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 29 2026 00:46:00 | Ally Financial, P.O. Box 130424, Saint Paul, MN 55113-0004 |
| 15404938 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 29 2026 00:57:54 | American InfoSource LP as agent for, Midland Funding LLC, P.O. Box 268941, Oklahoma City, OK 73126-8941 |
| 15404939 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Apr 29 2026 00:46:00 | Beneficial Financial I Inc., 654 West Main Street, Mount Pleasant, PA 15666-1815 |
| 15404940 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2026 00:57:47 | Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 15404941 | + | Email/Text: bnc@bass-associates.com | Apr 29 2026 00:46:00 | Cavalry SPV I, LLC, Bass & Associates PC, 3936 East Ft. Lowell, Suite 200, Tucson, AZ 85712-1083 |
| 15405344 | + | Email/Text: bankruptcy@cavps.com | Apr 29 2026 00:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15404942 | + | Email/Text: mrdiscen@discover.com | Apr 29 2026 00:46:00 | Discover Bank, DB Servicing Corporation, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15404943 | + | Email/Text: ECMCBKNotices@ecmc.org | Apr 29 2026 00:47:00 | ECMC, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 15404944 | | Email/Text: USbankruptcies@eriecountypa.gov | Apr 29 2026 00:47:00 | Erie County Tax Claim Bureau, 140 West 6th Street, Room 110, Erie, PA 16501 |
| 15404946 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 29 2026 00:58:08 | Merrick Bank, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15404947 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 29 2026 00:57:46 | Merrick Bank, Resurgent Capital Services, P.O. Box 10368, Greenville, SC 29603-0368 |
| 15404948 | ^ | MEBN | Apr 29 2026 00:40:20 | NCB Management Services Inc, P.O. Box 1099, Langhorne, PA 19047-6099 |
| 15404949 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 29 2026 00:47:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

District/off: 0315-1                              User: auto                                    Page 2 of 3

Date Rcvd: Apr 28, 2026                          Form ID: 300b                                  Total Noticed: 24

| Recip ID | | Address | Date/Time | Recipient |
|---|---|---|---|---|
| 15427983 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 29 2026 00:46:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 15404950 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 29 2026 00:46:00 | PNC Bank NA, P.O. Box 94982, Cleveland, OH 44101 |
| 15406822 | | Email/Text: bnc-quantum@quantum3group.com | Apr 29 2026 00:47:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15404952 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2026 00:57:45 | Synchrony Bank, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15404953 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 29 2026 00:48:00 | U.S. Department of Education, Claims Filing Unit, P.O. Box 8973, Madison, WI 53708-8973 |
| 15422697 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 29 2026 00:48:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 15404954 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 29 2026 00:58:35 | Verizon, by American Infosource as agent, P.O. Box 248838, Oklahoma City, OK 73124-8838 |
| 15404955 | + | Email/Text: pitbk@weltman.com | Apr 29 2026 00:47:00 | Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Suite 1400, Pittsburgh, PA 15219-1827 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| cr | *+ | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15404951 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank NA, PO Box 94982, Cleveland, OH 44101 |
| 15427989 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |

District/off: 0315-1                          User: auto                              Page 3 of 3
Date Rcvd: Apr 28, 2026                      Form ID: 300b                         Total Noticed: 24

Brian Nicholas
            on behalf of Creditor PNC Bank  National Association brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

Daniel P. Foster
            on behalf of Debtor David J. DeSantis dan@mrdebtbuster.com
            katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
            on behalf of Joint Debtor Vera E. DeSantis dan@mrdebtbuster.com
            katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Matthew Fissel
            on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
            ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
            cmecf@chapter13trusteewdpa.com


TOTAL: 7