**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DAVID J. DESANTIS
VERA E. DESANTIS
                    Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
                    Movant
            vs.
No Respondents.

Case No.:21-10466

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 27, 2026

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/23/2021  and confirmed on 11/10/21 .  The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 74,032.44 |
| Less Refunds to Debtor | | 1,733.47 | |
| TOTAL AMOUNT OF PLAN FUND | | | 72,298.97 |
| | | | |
| Administrative Fees | | | |
| Filing Fee | | 0.00 | |
| Notice Fee | | 0.00 | |
| Attorney Fee | | 4,500.00 | |
| Trustee Fee | | 3,883.83 | |
| Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 8,383.83 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| ERIE COUNTY TAX CLAIM BUREAU* | 4,999.88 | 4,999.88 | 1,957.14 | 6,957.02 |
| Acct: 0700 | | | | |
| PNC BANK NA | 43,514.42 | 43,514.42 | 10,396.13 | 53,910.55 |
| Acct: 2692 | | | | |
| PNC BANK NA | 2,838.92 | 2,838.92 | 208.65 | 3,047.57 |
| Acct: 2989 | | | | |
| | | | | 63,915.14 |
| Priority | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID J. DESANTIS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID J. DESANTIS | 1,733.47 | 1,733.47 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 4,500.00 | 4,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| * * * N O N E * * * | | | | |
| Unsecured | | | | |
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN INFOSOURCE LP AGENT - MID | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3672 | | | | |
| AMERICAN INFOSOURCE LP AGENT - MID | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9936 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 2,987.36 | 0.00 | 0.00 | 0.00 |
| Acct: 0815 | | | | |
| COMMONWEALTH OF PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1255 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9628 | | | | |
| ECMC(*) | 5,912.39 | 0.00 | 0.00 | 0.00 |
| Acct: 6163 | | | | |
| MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |

21-10466

Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 1092 | | | | |
| NCB MANAGEMENT SERVICES INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0786 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8569 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4051 | | | | |
| US DEPARTMENT OF EDUCATION | 14,987.53 | 0.00 | 0.00 | 0.00 |
| Acct: 6163 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC - AGENT GENES | 146.84 | 0.00 | 0.00 | 0.00 |
| Acct: 1683 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1066 | | | | |
| WELTMAN WEINBERG & REIS CO LPA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                     63,915.14

TOTAL CLAIMED
PRIORITY            0.00
SECURED         51,353.22
UNSECURED      24,034.12

Date: 04/27/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DAVID J. DESANTIS
    VERA E. DESANTIS
          Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:21-10466

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10466-JCM |
| David J. DeSantis | Chapter 13 |
| Vera E. DeSantis | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 28, 2026 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David J. DeSantis, Vera E. DeSantis, 806 Wyoming Avenue, Erie, PA 16505-3832 |
| 15411244 | + | Commonwealth of PA, 400 North Street, 4th Floor, Harrisburg, PA 17120-0204 |
| 15404945 | + | Law Office of Curtis O. Barnes P.C., 390 West Cerritos Avenue, Anaheim, CA 92805 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15404937 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 29 2026 00:46:00 | Ally Financial, P.O. Box 130424, Saint Paul, MN 55113-0004 |
| 15404938 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 29 2026 00:57:54 | American InfoSource LP as agent for, Midland Funding LLC, P.O. Box 268941, Oklahoma City, OK 73126-8941 |
| 15404939 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Apr 29 2026 00:46:00 | Beneficial Financial I Inc., 654 West Main Street, Mount Pleasant, PA 15666-1815 |
| 15404940 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2026 00:57:48 | Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 15404941 | + | Email/Text: bnc@bass-associates.com | Apr 29 2026 00:46:00 | Cavalry SPV I, LLC, Bass & Associates PC, 3936 East Ft. Lowell, Suite 200, Tucson, AZ 85712-1083 |
| 15405344 | + | Email/Text: bankruptcy@cavps.com | Apr 29 2026 00:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15404942 | + | Email/Text: mrdiscen@discover.com | Apr 29 2026 00:46:00 | Discover Bank, DB Servicing Corporation, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15404943 | + | Email/Text: ECMCBKNotices@ecmc.org | Apr 29 2026 00:47:00 | ECMC, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 15404944 | | Email/Text: USbankruptcies@eriecountypa.gov | Apr 29 2026 00:47:00 | Erie County Tax Claim Bureau, 140 West 6th Street, Room 110, Erie, PA 16501 |
| 15404946 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 29 2026 00:57:46 | Merrick Bank, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15404947 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 29 2026 00:58:09 | Merrick Bank, Resurgent Capital Services, P.O. Box 10368, Greenville, SC 29603-0368 |
| 15404948 | ^ | MEBN | Apr 29 2026 00:40:22 | NCB Management Services Inc, P.O. Box 1099, Langhorne, PA 19047-6099 |
| 15404949 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 29 2026 00:47:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

| 15427983 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Apr 29 2026 00:46:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 15404950 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Apr 29 2026 00:46:00 | PNC Bank NA, P.O. Box 94982, Cleveland, OH 44101 |
| 15406822 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Apr 29 2026 00:47:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15404952 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Apr 29 2026 00:58:08 | Synchrony Bank, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15404953 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Apr 29 2026 00:48:00 | U.S. Department of Education, Claims Filing Unit, P.O. Box 8973, Madison, WI 53708-8973 |
| 15422697 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Apr 29 2026 00:48:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 15404954 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Apr 29 2026 00:57:54 | Verizon, by American Infosource as agent, P.O. Box 248838, Oklahoma City, OK 73124-8838 |
| 15404955 | + | Email/Text: pitbk@weltman.com | | |
| | | | Apr 29 2026 00:47:00 | Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Suite 1400, Pittsburgh, PA 15219-1827 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| cr | *+ | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15404951 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank NA, PO Box 94982, Cleveland, OH 44101 |
| 15427989 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2026                                Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor PNC Bank  National Association brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |

District/off: 0315-1                           User: auto                                  Page 3 of 3
Date Rcvd: Apr 28, 2026                        Form ID: pdf900                             Total Noticed: 24

Brian Nicholas
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

Daniel P. Foster
                    on behalf of Joint Debtor Vera E. DeSantis dan@mrdebtbuster.com
                    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
                    on behalf of Debtor David J. DeSantis dan@mrdebtbuster.com
                    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Matthew Fissel
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com


TOTAL: 7