**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DAVID J. DESANTIS
    VERA E. DESANTIS
          Debtor(s)

    Ronda J. Winnecour
          Movant
          vs.
    No Repondents.

Case No.:21-10466

Chapter 13

Document No.: 70

**ORDER OF COURT**

AND NOW, this _____3rd_____ day of _____June_____, 20 26 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
6/3/26 9:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
John C. Melaragno, Judge jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:

David J. DeSantis

Vera E. DeSantis

    Debtors

Case No. 21-10466-JCM

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1                  User: auto                        Page 1 of 3

Date Rcvd: Jun 03, 2026             Form ID: pdf900                 Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David J. DeSantis, Vera E. DeSantis, 806 Wyoming Avenue, Erie, PA 16505-3832 |
| 15411244 | + | Commonwealth of PA, 400 North Street, 4th Floor, Harrisburg, PA 17120-0204 |
| 15404945 | + | Law Office of Curtis O. Barnes P.C., 390 West Cerritos Avenue, Anaheim, CA 92805 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15404937 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 04 2026 00:41:00 | Ally Financial, P.O. Box 130424, Saint Paul, MN 55113-0004 |
| 15404938 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 04 2026 00:46:32 | American InfoSource LP as agent for, Midland Funding LLC, P.O. Box 268941, Oklahoma City, OK 73126-8941 |
| 15404939 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 04 2026 00:41:00 | Beneficial Financial I Inc., 654 West Main Street, Mount Pleasant, PA 15666-1815 |
| 15404940 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2026 00:46:36 | Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 15404941 | + | Email/Text: bnc@bass-associates.com | Jun 04 2026 00:41:00 | Cavalry SPV I, LLC, Bass & Associates PC, 3936 East Ft. Lowell, Suite 200, Tucson, AZ 85712-1083 |
| 15405344 | + | Email/Text: bankruptcy@cavps.com | Jun 04 2026 00:42:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15404942 | + | Email/Text: mrdiscen@discover.com | Jun 04 2026 00:41:00 | Discover Bank, DB Servicing Corporation, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15404943 | + | Email/Text: ECMCBKNotices@ecmc.org | Jun 04 2026 00:42:00 | ECMC, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 15404944 | | Email/Text: USbankruptcies@eriecountypa.gov | Jun 04 2026 00:42:00 | Erie County Tax Claim Bureau, 140 West 6th Street, Room 110, Erie, PA 16501 |
| 15404946 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 04 2026 00:46:36 | Merrick Bank, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15404947 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 04 2026 00:46:31 | Merrick Bank, Resurgent Capital Services, P.O. Box 10368, Greenville, SC 29603-0368 |
| 15404948 | ^ | MEBN | Jun 04 2026 00:33:18 | NCB Management Services Inc, P.O. Box 1099, Langhorne, PA 19047-6099 |
| 15404949 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 04 2026 00:42:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

District/off: 0315-1 | User: auto | Page 2 of 3
Date Rcvd: Jun 03, 2026 | Form ID: pdf900 | Total Noticed: 24

| 15427983 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 04 2026 00:41:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 15404950 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 04 2026 00:41:00 | PNC Bank NA, P.O. Box 94982, Cleveland, OH 44101 |
| 15406822 | | Email/Text: bnc-quantum@quantum3group.com | Jun 04 2026 00:42:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15404952 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 04 2026 00:46:36 | Synchrony Bank, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15404953 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 04 2026 00:42:00 | U.S. Department of Education, Claims Filing Unit, P.O. Box 8973, Madison, WI 53708-8973 |
| 15422697 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 04 2026 00:42:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 15404954 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 04 2026 00:46:32 | Verizon, by American Infosource as agent, P.O. Box 248838, Oklahoma City, OK 73124-8838 |
| 15404955 | + | Email/Text: pitbk@weltman.com | Jun 04 2026 00:42:00 | Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Suite 1400, Pittsburgh, PA 15219-1827 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| cr | *+ | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15404951 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank NA, PO Box 94982, Cleveland, OH 44101 |
| 15427989 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2026 | Signature: | /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |

District/off: 0315-1                          User: auto                              Page 3 of 3

Date Rcvd: Jun 03, 2026                       Form ID: pdf900                         Total Noticed: 24

Brian Nicholas
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

Daniel P. Foster
                    on behalf of Joint Debtor Vera E. DeSantis dan@mrdebtbuster.com
                    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
                    on behalf of Debtor David J. DeSantis dan@mrdebtbuster.com
                    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Matthew Fissel
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com


TOTAL: 7